DAVID L. PERRAULT, 67109
ELIZABETH A. DANKOF, 230515
**HARDY ERICH BROWN & WILSON**
A Professional Law Corporation
1000 G Street, 2nd Floor
Sacramento, California 95814
P.O. Box 13530
Sacramento, California 95853-3530
(916) 449-3800 ● Fax (916) 449-3888

THERESA E. PRUETT (Pro-Hac Vice)
GORDON TRUCKING, INC.
151 Stewart Road SW
Pacific, WA  98047-2108
(253) 891-4332 • Fax (253) 891-6732

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT

| | |
|---|---|
| ARNOLD BETSCHART,<br><br>    Plaintiff,<br><br>    v.<br><br>GORDON TRUCKING, INC.,<br><br>    Defendant. | Case No. 1:08-cv-00204-OWW-GSA<br><br>**STIPULATION RE DISMISSAL OF CERTAIN CAUSES OF ACTION; ORDER**<br><br>Trial Date:  11/3/09<br>Complaint Filed:  2/8/08 |

IT IS HEREBY STIPULATED by and between the parties to this action, through their respective counsel, that the following causes of action be and hereby are dismissed with prejudice:

1) Plaintiff's Second Cause of Action – Disability Discrimination under the Americans with Disability Act ("ADA") – 29 U.S.C. §§ 12101, et seq.;

2) Plaintiff's Third Cause of Action – Violation of Employee Retirement Income Security Act ("ERISA section 510 claim") – 29 U.S.C. §§ 1140 and 1132; and

3) Plaintiff's Fifth Cause of Action – Disability Discrimination under the California Fair Employment & Housing Act ("FEHA") – Cal. Gov. Code §§ 12940, et seq.

g:\docs\atimken\orders to be signed\08cv204.stip.dismiss.claim.doc    1    STIPULATION RE DISMISSAL OF CERTAIN CAUSES OF ACTION; [PROPOSED] ORDER

1000 G Street, 2d Floor
Sacramento, CA  95814
phone (916) 449-3800
fax (916) 449-3888

1    IT IS FURTHER STIPULATED by and between the parties to this action, through
2  their respective counsel, that the parties shall bear their own costs and attorneys' fees
3  incurred in the prosecution, defense and dismissal of the aforesaid three dismissed
4  causes of action.

5

6  Dated: July 7, 2009         **HIGHMAN, HIGHMAN & BALL**
                                A Professional Law Corporation
7

8

9                              By __/s/ Louis A. Highman (as authorized on 7/7/09)
                                    LOUIS A. HIGHMAN
10                                  STATE BAR NO. 61703
                                    COUNSEL FOR PLAINTIFF ARNOLD
11                                  BETSCHART

12

13

14  Dated: July 7, 2009        **HARDY ERICH BROWN & WILSON**
                                A Professional Law Corporation
15

16

17                             By __/s/ David L. Perrault_____
                                    DAVID L. PERRAULT
18                                  STATE BAR NO. 67109
                                    COUNSEL FOR DEFENDANT GORDON
                                    TRUCKING, INC.
19

20

21

22       **IT IS SO ORDERED:**

23

24  Dated: 7/8/2009

25

26                                  /s/ OLIVER W. WANGER_____
                                    UNITED STATES DISTRICT JUDGE
27

28

1000 G Street, 2d Floor
Sacramento, CA  95814
phone (916) 449-3800
fax (916) 449-3888