1  LOUIS A. HIGHMAN, CBN 61703
   BRUCE J. HIGHMAN, CBN 101760
2  HIGHMAN, HIGHMAN & BALL
   A Professional Law Association
3  870 Market Street, Suite 467
   San Francisco, California 94102
4  Telephone:  (415) 982-5563
   Facsimile:  (415) 982-5202
5
   Attorneys for Plaintiff
6  ARNOLD BETSCHART

7
   DAVID L. PERRAULT, CBN 67109
8  ELIZABETH A. DANKOF, CBN 230515
   HARDY ERICH BROWN & WILSON
9  A Professional Law Corporation
   1000 G Street, Second Floor
10 Sacramento, CA 95814
   P.O. Box 13530
11 Sacramento, CA 95853-4530
   Telephone:  (916) 449-3800
12 Facsimile:  (916) 449-3888

13 THERESA E. PRUETT (Pro-Hac Vice)
   GORDON TRUCKING, INC.
14 151 Stewart Road SW
   Pacific, WA 98047-2108
15 Telephone:  (253) 891-4332
   Facsimile:  (253) 891-6732
16
   Attorneys for Defendant GORDON TRUCKING, INC.
17

18            IN THE UNITED STATES DISTRICT COURT
19          FOR THE EASTERN DISTRICT OF CALIFORNIA
20

21 ARNOLD BETSCHART,              Case No. 1:08-CV-00204-OWW-GSA

22           Plaintiff,           STIPULATION TO DISMISS ENTIRE
                                  ACTION WITH PREPJUDICE;
23                                [PROPOSED] ORDER

24 v.                             (F.R.Civ.P. Rule 41(a)(1))

25

26 GORDON TRUCKING, INC.,

27           Defendant.
                              /
28
                                 1
   Stip. for Dismissal with Prejudice; Order--Case No. 1:08-CV-00204-OWW-GSA

FILED
OCT 0 6 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

1  Pursuant to the provisions of F.R.Civ.P. Rule 41(a)(1),
2  plaintiff Arnold Betschart and defendant Gordon Trucking,
3  Inc., by and through their respective attorneys, do hereby
4  stipulate to dismiss the above-entitled action in its entirety
5  with prejudice.  Neither of the parties will seek a court
6  award for attorneys' fees and costs.
7  SO STIPULATED:
8  DATED: August 17, 2009.                LOUIS A. HIGHMAN
                                          BRUCE J. HIGHMAN
9                                         HIGHMAN, HIGHMAN & BALL
                                          A Professional Law
10                                         Association
11                                         By _____
12                                         Attorneys for
                                          Plaintiff
                                          ARNOLD BETSCHART
13
14 DATED: August 18, 2009.                DAVID PERRAULT
                                          ELIZABET A. DANKOF
15                                         HARDY ERICH BROWN & WILSON
                                          A Professional Law
16                                         Corporation
17                                         THERESA E. PRUETT (Pro-Hac
                                          Vice)
18
19                                         By _____
                                          Attorneys for
20                                         Defendant GORDON
                                          TRUCKING, INC.
21
                         ORDER
22
       Good cause appearing therefor, IT IS SO ORDERED.
23
24  DATED:    10-6-   , 2009.    _____
25                                         HON. OLIVER W. WANGER
                                          U.S. DISTRICT JUDGE
26
27
28
                                 2
        Stip. for Dismissal with Prejudice; Order--Case No. 1:08-CV-00204-OWW-GSA